AO 91 (Rev. 11/11)   Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT

### for the

### Western District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| CRAIG ZAHRADNIK | ) |
| | ) |
| | ) |
| | ) |

Case No.   3:23-115 MJ

**[UNDER SEAL]**

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March of 2023_____ in the county of _____Blair_____ in the
_____Western_____ District of _____Pennsylvania_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Engage in the Business of Dealing and Manufacturing Firearms Without a License |
| 18 U.S.C. § 371 | Conspiracy to Deal and Manufacture Firearms Without a License |

This criminal complaint is based on these facts:

See Attached.

☑ Continued on the attached sheet.

_____/s/ Michael Namey_____
*Complainant's signature*

_____Michael Namey, ATF Special Agent_____
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date:   _____04/26/2023_____

_____
*Judge's signature*

City and state:   _____Johnstown, Pennsylvania_____     _____KEITH A. PESTO, United States Magistrate Judge_____
*Printed name and title*